UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Awad, Gehan G. / Hanna, Sameh

Case No.: 18-23296
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __September 18, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
18 Marcia Street
Parlin, NJ
FMV - +/-$378,000.00

Liens on property:
Quicken Loans- +/- $303,959.30

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $45,868.80

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Gehan G Awad  
Sameh Hanna  
    Debtors

Case No. 18-23296-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 3        Date Rcvd: Aug 08, 2018  
                        Form ID: pdf905        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.

```
db/jdb         +Gehan G Awad,    Sameh Hanna,    18 Marcia Street,    Parlin, NJ 08859-1759
517627445      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517627446      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
517627447     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bankamerica,     Po Box 982238,    El Paso, TX 79998)
517627451      +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
517627452      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517627453      +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
517627454      +County of Richmond Supreme Court,    26 Central Ave,    Staten Island, NY 10301-2542
517627456      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517627457      +General Trading Co. Inc,    49 East Mt. Eden Avenue,    Bronx, NY 10452-5806
517627458      +Henry Luwisch,    3 Bushkill Drive,    Livingston, NJ 07039-6103
517627463      +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517627466      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517627469      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517627472      +Roach & Murtha Attorneys at Law, P.C.,    6901 Jericho Turnpike, Suite 101,
                Syosset, NY 11791-4459
517627473      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517627474      +Stuart R. Berg, P.C.,    1205 Franklin Ave,    Garden City, NY 11530-1682
517627475      +Sunrise Credit Service,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517627444       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 08 2018 23:34:24     American Honda Finance,
                600 Kelly Way,    Holyoke, MA 01040
517627449       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 23:39:30     Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517627450      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 23:39:30     Capitalone,
                15000 Capital One Dr,    Richmond, VA 23238-1119
517627455      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 08 2018 23:35:07
                Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
517627460       E-mail/Text: cio.bncmail@irs.gov Aug 08 2018 23:33:40     Internal Revenue Service,
                44 South Clinton Ave.,    Trenton, NJ 08601
517627462      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 08 2018 23:35:26
                Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517627464      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 23:34:11     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517627465      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2018 23:34:11     Midland Funding LLC,
                PO Box 939069,    San Diego, CA 92193-9069
517627467      +E-mail/Text: bankruptcy@onlineis.com Aug 08 2018 23:34:47     Online Collections,    Po Box 1489,
                Winterville, NC 28590-1489
517627468      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2018 23:51:35
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517627470      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 08 2018 23:34:36     Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
517627471       E-mail/Text: bkrpt@retrievalmasters.com Aug 08 2018 23:34:11     RMCB,    PO Box 1235,
                Elmsford, NY 10523-0935
517627476      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:04     Syncb/toysrus,    Po Box 965005,
                Orlando, FL 32896-5005
517627477      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:54     Syncb/walmart,    Po Box 965024,
                Orlando, FL 32896-5024
517627478      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:12     Syncb/walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
517628378      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:04     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517627479       E-mail/Text: bankruptcy@td.com Aug 08 2018 23:34:18     TD Bank,    1701 Route 70 East,
                Cherry Hill, NJ 08034
517627480      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 23:33:20
                Verizon,    Po Box 650584,    Dallas, TX 75265-0584
517627481      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 23:33:20
                Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
517627482      +E-mail/Text: vci.bkcy@vwcredit.com Aug 08 2018 23:34:24     Vw Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL 60048-4460
                                                                                              TOTAL: 22
```

```
District/off: 0312-3              User: admin                 Page 2 of 3                     Date Rcvd: Aug 08, 2018
                                  Form ID: pdf905             Total Noticed: 40

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517634753*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,     600 Kelly Way,    Holyoke, MA 01040)
517634754*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517634755*      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
517634756*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bankamerica,    Po Box 982238,    El Paso, TX 79998)
517627448*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517634757*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517634758*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517634759*      +Capitalone,    15000 Capital One Dr,    Richmond, VA 23238-1119
517634760*      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
517634761*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517634762*      +Citi,   Po Box 6190,    Sioux Falls, SD 57117-6190
517634763*      +County of Richmond Supreme Court,     26 Central Ave,    Staten Island, NY 10301-2542
517634764*      +Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
517634765*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517634766*      +General Trading Co. Inc,     49 East Mt. Eden Avenue,    Bronx, NY 10452-5806
517634767*      +Henry Luwisch,    3 Bushkill Drive,    Livingston, NJ 07039-6103
517634769*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,     44 South Clinton Ave.,
                 Trenton, NJ 08601)
517627461*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,     P.O. Box 9052,    Andover, MA 01810)
517634770*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,     P.O. Box 9052,    Andover, MA 01810)
517627459*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517634768*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517634771*      +Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517634772*      +Middlesex County Special Civil Part,     P.O. Box 1146,    New Brunswick, NJ 08903-1146
517634773*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517634774*      +Midland Funding LLC,    PO Box 939069,    San Diego, CA 92193-9069
517634775*      +New Jersey Division of Taxation,     P.O. Box 046,    Trenton, NJ 08646-0046
517634776*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
517634777*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517634778*      +Pressler & Pressler, LLP,     7 Entin Road,    Parsippany, NJ 07054-5020
517634779*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
517634780*       RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
517634781*      +Roach & Murtha Attorneys at Law, P.C.,     6901 Jericho Turnpike, Suite 101,
                 Syosset, NY 11791-4459
517634782*      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
517634783*      +Stuart R. Berg, P.C.,    1205 Franklin Ave,    Garden City, NY 11530-1682
517634784*      +Sunrise Credit Service,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
517634785*      +Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
517634786*      +Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
517634787*      +Syncb/walmart Dc,    Po Box 965024,    Orlando, FL 32896-5024
517634788*     ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court:   TD Bank,    1701 Route 70 East,    Cherry Hill, NJ 08034)
517634789*      +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
517634790*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
517634791*      +Vw Credit Inc,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
                                                                                              TOTALS: 0, * 42, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                  Page 3 of 3                  Date Rcvd: Aug 08, 2018
                               Form ID: pdf905              Total Noticed: 40
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

```
              Daniel E. Straffi     bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   VW Credit, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Joint Debtor Sameh   Hanna yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Debtor Gehan G Awad yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 7
```