**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gehan G Awad<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0865<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sameh Hanna<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0375<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–23296–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gehan G Awad                                Sameh Hanna

10/5/18                                          **By the court:**   Kathryn C. Ferguson
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 18-23296-KCF
Gehan G Awad                                                                Chapter 7
Sameh Hanna
        Debtors                              CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 3                   Date Rcvd: Oct 05, 2018
                                Form ID: 318                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
db/jdb         +Gehan G Awad,    Sameh Hanna,    18 Marcia Street,    Parlin, NJ 08859-1759
517627446      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
517627451      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
517627453      +Citi,   Po Box 6190,    Sioux Falls, SD 57117-6190
517627454      +County of Richmond Supreme Court,     26 Central Ave,    Staten Island, NY 10301-2542
517627457      +General Trading Co. Inc,    49 East Mt. Eden Avenue,     Bronx, NY 10452-5806
517627458      +Henry Luwisch,    3 Bushkill Drive,    Livingston, NJ 07039-6103
517627463      +Middlesex County Special Civil Part,     P.O. Box 1146,    New Brunswick, NJ 08903-1146
517627466      +New Jersey Division of Taxation,     P.O. Box 046,    Trenton, NJ 08646-0046
517627469      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517627472      +Roach & Murtha Attorneys at Law, P.C.,     6901 Jericho Turnpike, Suite 101,
                 Syosset, NY 11791-4459
517627474      +Stuart R. Berg, P.C.,    1205 Franklin Ave,    Garden City, NY 11530-1682
517627475      +Sunrise Credit Service,    260 Airport Plaza Blvd,     Farmingdale, NY 11735-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 06 2018 00:03:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 06 2018 00:03:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517627444       EDI: HNDA.COM Oct 06 2018 03:33:00      American Honda Finance,   600 Kelly Way,
                 Holyoke, MA 01040
517627445      +EDI: AMEREXPR.COM Oct 06 2018 03:33:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517627447       EDI: BANKAMER.COM Oct 06 2018 03:33:00      Bankamerica,   Po Box 982238,   El Paso, TX 79998
517627448       EDI: BANKAMER.COM Oct 06 2018 03:33:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517627449       EDI: CAPITALONE.COM Oct 06 2018 03:33:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517627450      +EDI: CAPITALONE.COM Oct 06 2018 03:33:00      Capitalone,   15000 Capital One Dr,
                 Richmond, VA 23238-1119
517627452      +EDI: CHASE.COM Oct 06 2018 03:33:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517627455      +EDI: CCS.COM Oct 06 2018 03:33:00      Credit Collection Serv,    725 Canton St,
                 Norwood, MA 02062-2679
517627456      +EDI: TSYS2.COM Oct 06 2018 03:33:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
517627460       EDI: IRS.COM Oct 06 2018 03:33:00      Internal Revenue Service,   44 South Clinton Ave.,
                 Trenton, NJ 08601
517627462      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Oct 06 2018 00:04:52
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517627464      +EDI: MID8.COM Oct 06 2018 03:33:00      Midland Funding,   2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517627465      +EDI: MID8.COM Oct 06 2018 03:33:00      Midland Funding LLC,    PO Box 939069,
                 San Diego, CA 92193-9069
517627467      +E-mail/Text: bankruptcy@onlineis.com Oct 06 2018 00:04:06      Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
517627468      +EDI: PRA.COM Oct 06 2018 03:33:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
517627470      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 06 2018 00:03:53      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517627471       EDI: RMCB.COM Oct 06 2018 03:33:00      RMCB,   PO Box 1235,   Elmsford, NY 10523-0935
517627473      +EDI: SEARS.COM Oct 06 2018 03:33:00      Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
517627476      +EDI: RMSC.COM Oct 06 2018 03:33:00      Syncb/toysrus,   Po Box 965005,   Orlando, FL 32896-5005
517627477      +EDI: RMSC.COM Oct 06 2018 03:33:00      Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
517627478      +EDI: RMSC.COM Oct 06 2018 03:33:00      Syncb/walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
517628378      +EDI: RMSC.COM Oct 06 2018 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517627479       EDI: TDBANKNORTH.COM Oct 06 2018 03:33:00      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
517627480      +EDI: VERIZONCOMB.COM Oct 06 2018 03:33:00      Verizon,   Po Box 650584,   Dallas, TX 75265-0584
517627481      +EDI: VERIZONCOMB.COM Oct 06 2018 03:33:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
517627482      +E-mail/Text: vci.bkcy@vwcredit.com Oct 06 2018 00:03:37      Vw Credit Inc,   1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                               TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3           User: admin                 Page 2 of 3                  Date Rcvd: Oct 05, 2018
                               Form ID: 318                Total Noticed: 41

517634753*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,     600 Kelly Way,    Holyoke, MA 01040)
517634754*      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517634755*      +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
517634756*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bankamerica,    Po Box 982238,    El Paso, TX 79998)
517634757*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517634758*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
517634759*      +Capitalone,   15000 Capital One Dr,    Richmond, VA 23238-1119
517634760*      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
517634761*      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517634762*      +Citi,   Po Box 6190,    Sioux Falls, SD 57117-6190
517634763*      +County of Richmond Supreme Court,    26 Central Ave,    Staten Island, NY 10301-2542
517634764*      +Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
517634765*      +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
517634766*      +General Trading Co. Inc,    49 East Mt. Eden Avenue,    Bronx, NY 10452-5806
517634767*      +Henry Luwisch,   3 Bushkill Drive,    Livingston, NJ 07039-6103
517634769*     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    44 South Clinton Ave.,
                  Trenton, NJ 08601)
517627461*     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517634770*     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
517627459*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517634768*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517634771*      +Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517634772*      +Middlesex County Special Civil Part,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
517634773*      +Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517634774*      +Midland Funding LLC,    PO Box 939069,    San Diego, CA 92193-9069
517634775*      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517634776*      +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
517634777*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517634778*      +Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517634779*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
517634780*       RMCB,   PO Box 1235,    Elmsford, NY 10523-0935
517634781*      +Roach & Murtha Attorneys at Law, P.C.,    6901 Jericho Turnpike, Suite 101,
                  Syosset, NY 11791-4459
517634782*      +Sears/cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
517634783*      +Stuart R. Berg, P.C.,    1205 Franklin Ave,    Garden City, NY 11530-1682
517634784*      +Sunrise Credit Service,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
517634785*      +Syncb/toysrus,   Po Box 965005,    Orlando, FL 32896-5005
517634786*      +Syncb/walmart,   Po Box 965024,    Orlando, FL 32896-5024
517634787*      +Syncb/walmart Dc,    Po Box 965024,    Orlando, FL 32896-5024
517634788*     ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court:   TD Bank,    1701 Route 70 East,    Cherry Hill, NJ 08034)
517634789*      +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
517634790*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
517634791*      +Vw Credit Inc,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
                                                                                               TOTALS: 0, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 05, 2018
                              Form ID: 318             Total Noticed: 41
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Joint Debtor Sameh  Hanna yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Debtor Gehan G Awad yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 7
```